In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 10,019, Issued to John R. Wood, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of Robert Townsend, as Administrator, etc., of Maria F. Townsend, Deceased, Appellant, for Authority to Sell the Real Property of Deceased for the Payment of Her Debts. In the Matter of the Petition of Ernest K. Hutchinson, a Purchaser, Respondent; to Be Relieved of His Purchase.— Order of the Surrogate's Court of Nassau county affirmed, with ten dollars costs and disbursements, and motion to dismiss appeal denied, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Bernhardt Jackson, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Gussie Jelin, an Infant, by Lena Jelin, Her Guardian ad Litem, Respondent, v. Samuel Singer and Abraham Goldenblum, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Thomas Johnson, as Administrator, etc., of George Johnson, Deceased, Appellant, v. Morse Dry Dock and Repair Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Harry Kaufman, Appellant, v. David Crystal and Max Tischler, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Rawdon W. Kellogg, as Receiver, etc., of Andreas Kaim, Appellant, v. Andreas Kaim and Antonia Kaim, His Wife, Respondents, Impleaded with College Point Savings Bank and Bushwick Savings Bank.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

L'Ecluse, Washburn & Company, Incorporated, Appellant, v. Benjamin E. Valentine, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Phillip Levine and Wolf Kolodkin, Respondents, Appellants, v. Isidor Rosenschein, Appellant, Respondent.— Judgment and order affirmed on reargument, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Woodward and Rich, JJ., concurred.

David Liebman, Respondent, v. Sidney H. Gardiner, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

B. M. Maltz Company, Respondent, v. Herman J. Levy Realty and Construction Company, Appellant, Impleaded with Murry & Hill Company and Others, Defendants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.